IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

MARK NOTTAGE,

    Plaintiff,

vs.                                                       Docket No.: 3:18-CV-00516

SEVIER COUNTY, TENNESSEE
and RONALD COLEMAN, individually
and in his official capacity,

    Defendants.

## DEFENDANTS' PRETRIAL DISCLOSURES

Come now the defendants, Sevier County, Tennessee and Ronald Coleman, individually and in his official capacity, by and through counsel in accordance with the Court's scheduling order, the Federal Rules of Civil Procedure, Rule 26(a)(3) and submits their pretrial disclosures as follows:

(A)    The name and if not previously provided the address and telephone number of each witness (other than those for impeachment):

**WILL CALL:**

1. Mark Nottage
2. Ronald Coleman
3. Carolyn Carlson
4. James Breeden
5. Deputy Megan Gamble
6. Chief Michael Hodges

**MAY CALL:**

1. Deputy Bruce Belitz.
2. Sheriff Ron Seals.
3. Any witnesses listed and/or called by the plaintiff.

A(ii) Designation of all witnesses whose testimony is expected to be presented by deposition.

None.

A(iii) Identification of each document or other exhibit including summaries of other evidence.

1. The indictment.
2. General sessions warrants.
3. Any and all documents disclosed or used by the plaintiff and above or impeachment exhibits as necessary.

Respectfully submitted:

/s/ Rhonda L. Bradshaw
Rhonda L. Bradshaw, BPR # 014082
Federico A. Flores, BPR #029806
Attorneys for Defendants
Spicer Rudstrom, PLLC
800 South Gay Street, Suite 1400
Knoxville, TN 37929
(865) 673-8516

2

Case 3:18-cv-00516-TRM-DCP   Document 76   Filed 11/02/20   Page 2 of 3   PageID #: 440

## CERTIFICATE OF SERVICE

   I hereby certify that on November 2, 2020 the clerk of Court was requested to file a copy of the foregoing pretrial disclosures. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

              /s/ Rhonda Bradshaw
              Rhonda L. Bradshaw, BPR # 014082

I:\89432\Pleadings\Defendants Pretrial Disclosures.doc