IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| **MARK NOTTAGE,** | } | |
| | } | |
| Plaintiff, | } | |
| | } | |
| v. | } | CASE NO.: 3:18-cv-00516 |
| | } | McDONOUGH/POPLIN |
| **RONALD COLEMAN,** | } | |
| | } | |
| Defendant. | } | |

## NOTICE OF APPEAL

Notice is hereby given that Mark Nottage, hereby appeals to the United States Court of Appeals for the Sixth Circuit the Judgment granting Defendant's Motion for Summary Judgment entered in this action on the 24th day of November, 2020.

Respectfully submitted this 23rd day of December, 2020.

**MARK NOTTAGE**

By: /s/ *James Friauf*
James W. Friauf (#027238)
LAW OFFICE OF JAMES W. FRIAUF, PLLC
9724 Kingston Pike, Suite 104
Knoxville, Tennessee 37922
Tele: (865) 236-0347
Fax: (865) 512-9174
Email: james@friauflaw.com
Our File No.: 18-063-CIV

*Attorney for Plaintiff, Mark Nottage*

Cc: Rhonda Bradshaw, Esq.
United States Court of Appeals for the Sixth Circuit